IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal No.: 2:14-cr-00049-HCM-TEM

DAVID R. FLYNN,

      Defendant.

## NOTICE OF MOTION TO SEAL

NOW COMES the Defendant, and pursuant to Rule 49 of the Local Rules of Criminal Procedure, and hereby gives notice that the defendant will move the Court for entry of an Order to Seal Defendant's psychological report in Support of Sentencing.

    Respectfully submitted,

    DAVID R. FLYNN
    By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for David R. Flynn
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
James@zobybroccoletti.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of December, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Melissa O'Boyle, Esquire
Assistant U. S. Attorney
Office of the U. S. Attorney
101 W. Main Street
Suite 8000
Norfolk, VA 23510

                                                                               /s/
                                              James O. Broccoletti, Esquire
                                              VSB# 17869
                                              Counsel for David R. Flynn
                                              ZOBY, BROCCOLETTI & NORMILE, P.C.
                                              6663 Stoney Point South
                                              Norfolk, VA 23502
                                              (757) 466-0750
                                              (757) 466-5026
                                              James@zobybroccoletti.com