AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID R. FLYNN | ) | Case No. 2:14cr49 |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Corporate Representative
First American Title Insurance Company

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | TO BE ANNOUNCED |
|---|---|---|---|
| | | Date and Time: | December 16, 2014 at 2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED 2014 DEC -5 P 3:36 CLERK US DISTRICT COURT NORFOLK, VIRGINIA

Date: 12/05/2014

*CLERK OF COURT*

/s/

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America , who requests this subpoena, are:

Melissa E. O'Boyle, Assistant United States Attorney
United States Attorney's Office
8000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
(757) 441-6331
Melissa.O'Boyle@usdoj.gov