AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.   2:14cr49 |
| DAVID R. FLYNN | ) | |
| *Defendant* | ) | |

RECEIVED DEC 15 2014 CLERK, U.S. DISTRICT COURT NORFOLK, VA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Corporate Representative
First American Title Insurance Company

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse  600 Granby Street  Norfolk, VA 23510 | Courtroom No.: | TO BE ANNOUNCED |
|---|---|---|---|
| | | Date and Time: | December 16, 2014 at 2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:  12/05/2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_____, who requests this subpoena, are:

Melissa E. O'Boyle, Assistant United States Attorney
United States Attorney's Office
8000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
(757) 441-6331
Melissa.O'Boyle@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:14cr49

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) DAVID FLYNN was received by me on (date) 12/11/14

☐ I personally served the subpoena on the individual at (place) _____ on (date) 12/11/14 MD ; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) RENE NORDQUIST, who is designated by law to accept service of process on behalf of (name of organization) FIRST AMERICAN TITLE INSURANCE COMPANY on (date) 12/11/14 ; or

☐ I returned the subpoena unexecuted because _____; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/11/14

Martin R. Davis
Server's signature

MARTIN DAVIS
Printed name and title
POSTAL INSPECTOR
P.O. BOX 25009
RICHMOND, VA 23260-5009
Server's address

RECEIVED
DEC 15 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Additional information regarding attempted service, etc:



RECEIVED
DEC 15 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

THIS CERTIFICATE MADE pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

CORPORATION SERVICE COMPANY, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump      Rene Nordquist        Meda Sterrett
   Nicole T. McCallum     Pamela Frazier        Linda B. Liles
   Dustin Kline           Emma P. Breeden

WHEREFORE, Corporation Service Company has caused its corporate name to be hereunto subscribed this 26 day of September 2014.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 26 day of September 2014, by George A. Massih III.

Janet B Woznick
Notary Public

My Commission Expires: 7-16-16

JANET B. WOZNICK
APPOINTED
JULY 16, 2012
TERM
4 YEARS
NOTARY PUBLIC DELAWARE